IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

JUAN SALINAS,

          Plaintiff,

v.

BURT TAMMINGA, TRAVIS BITTELMAN,
PATRICK HOOPER, JOSEPH CICHANOWICZ,
and BRIAN NEUMAIER,

          Defendants.

ORDER

12-cv-82-slc

---

In an order entered on October 12, 2012, I directed plaintiff Juan Salinas to advise by October 26, 2012 if he wished to continue pursuing this lawsuit. I warned plaintiff that if he failed to respond to the court's order by October 26, the case would be dismissed for his failure to prosecute it. It is now November 6, 2012, and plaintiff has not responded to the court's order.

Accordingly, IT IS ORDERED that plaintiff Juan Salinas's case is dismissed for his failure to prosecute it. The clerk of court is directed to enter judgment accordingly and close this case.

Entered this 6th day of November, 2012.

BY THE COURT:

/s/

STEPHEN L. CROCKER
Magistrate Judge