IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JUAN SALINAS,

     Plaintiff,                            JUDGMENT IN A CIVIL CASE

v.                                  12-cv-82-slc

DALIA SULIENE, BURT TAMMINGA,
TRAVIS BITTELMAN, PATRICK HOOPER,
JOSEPH CICHANOWICZ,
BRIAN NEUMAIER, LESLIE BAIRD and
JAMES KOTTKA,

     Defendants.

---

This action came for consideration before the court with Magistrate Judge Stephen L. Crocker presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants:

(1) granting summary judgment in favor of Dalia Suliene for plaintiff's failure to exhaust his administrative remedies; and

(2) dismissing this case for plaintiff's failure to prosecute.

_Peter Oppeneer_                      _7/8/12_

Peter Oppeneer, Clerk of Court             Date